# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:14-CR-00059-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARQUISE EDWARD DURANT, ) | |

**THIS MATTER** is before the Court upon the government's motion for a continuance of this matter from the June 2, 2014 trial term in the Charlotte Division. (Docs. 17, 18). Specifically, the government requests that trial be moved so that counsel can attend mandatory military training. On May 14, 2014, this Court denied defense counsel's motion for a continuance, (Doc. 16), and does the same here for the government's motion. Having already granted a continuance on April 3, 2014, (Doc. 10), the Court finds that the government has not stated sufficient cause for a continuance in this matter. This is a routine, single-defendant, single-count felon in possession of a firearm matter that can be tried by government counsel between stints of military leave or by other counsel in the U.S. Attorneys office.

**IT IS, THEREFORE, ORDERED** that the government's motions (Docs. 17, 18) are **DENIED**. The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: May 23, 2014

Robert J. Conrad, Jr.
United States District Judge