# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:14-CR-059-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARQUISE EDWARD DURANT, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To File Under Seal" (Document No. 61) filed June 18, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the instant Motion and the parties' Joint Motion to Reconsider Order of Detention contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To File Under Seal" (Document No. 61) is **GRANTED**, and the instant motion and the parties' Joint Motion to Reconsider Order of Detention shall be sealed until further Order of this Court.

Signed: June 24, 2020

David C. Keesler
United States Magistrate Judge